943 A.2d 1260

**Michael D. SMIGIEL, Sr., et al.**

v.

**Peter FRANCHOT, et al.**

**No. 121, Sept. Term, 2007.**

Court of Appeals of Maryland.

March 12, 2008.

Irwin R. Kramer (Kramer & Connolly, Owings Mills), on brief, for appellants.

Austin C. Schlick, Asst. Atty. Gen. (Douglas F. Gansler, Atty. Gen. of Maryland, and Sandra B. Brantley, Asst. Atty. Gen., Baltimore), on brief, for appellees.

Argued before BELL, C.J., RAKER, HARRELL, BATTAGLIA, GREENE, MURPHY, and DALE R. CATHELL (Retired, Specially Assigned), JJ.

**638**

PER CURIAM ORDER.

For reasons to be stated in an opinion later to be filed, it is this 12th day of March, 2008,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Circuit Court for Carroll County be, and it is hereby, affirmed. Costs to be paid by the appellants. Mandate to issue forthwith.